■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES P. BILLS, Appellant. [721 NYS2d 844] —Judgment unanimously affirmed. Memorandum: Defendant appeals from a judgment convicting him of burglary in the third degree (Penal Law § 140.20) and sentencing him to an indeterminate term of incarceration of 2½ to 5 years. Contrary to the contention of defendant, County Court properly determined that he was not denied his statutory right to a speedy trial. The People commenced prosecution of the felony within the applicable statutory time period (*see,* CPL 30.30 [1] [a]; *People v Cooper,* 219 AD2d 426, 433, *affd* 90 NY2d 292; *Matter of Chang v Rotker,* 155 AD2d 49, 58). Also contrary to defendant's contentions, the

jury's finding that defendant unlawfully entered a homeowner's garage and stole a toolbox is supported by legally sufficient evidence and is not against the weight of the evidence (*see, People v Bleakley*, 69 NY2d 490, 495). Defendant's remaining contentions are not preserved for our review, and we decline to reach them as a matter of discretion in the interest of justice (*see,* CPL 470.15 [6] [a]). (Appeal from Judgment of Niagara County Court, Broderick, J.—Burglary, 3rd Degree.) Present—Green, J. P., Hayes, Hurlbutt, Kehoe and Balio, JJ.